IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOMINIC LINDSEY, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:22-cv-01718-M (BT) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated November 29, 2022. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error and has found none.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 27th day of December, 2022.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE